UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>       Plaintiff<br>v.<br><br>LONGVIEW FIBRE PAPER AND PACKAGING INC.,<br><br>       Defendant | CIV. NO. 3:07-CV-5510 RJB<br><br><br><br>ORDER GRANTING CONSENT DECREE AND ORDER OF DISMISSAL |

**ORDER APPROVING CONSENT DECREE**

The Court having considered the Proposed Consent Decree and Order of Dismissal (Dkt. 17),

IT IS HEREBY ORDERED THAT the foregoing Consent Decree be, and the same hereby is, approved as the final decree of this Court in full settlement of this action. This lawsuit is hereby dismissed with prejudice and without costs or attorneys' fees to any party. The Court retains jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein.

Dated this 28th day of May, 2008.

*[signature]*
ROBERT J. BRYAN
United States District Judge

Presented by:
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
By: */s/Lisa Cox*
Attorney for Plaintiff EEOC